Walter A. Tormasi, #136062/268030C

New Jersey State Prison, P.O. Box 861, Trenton, New Jersey 08625

---

February 25, 2019

VIA REGULAR MAIL

Susan Y. Soong, Clerk
United States District Court
1301 Clay Street
Oakland, California 94612

Re:  <u>Walter A. Tormasi v. Western Digital Corp.</u>
     Case No. 4:19-cv-00772-HSG

Dear Ms. Soong:

Please provide me with the following documents, which are needed by me to comply with federal procedures:

1.   One blank Summons;

2.   The ADR Local Rules;

3.   The Dispute Resolution Procedures; and

4.   The Guidelines Relating to ESI Discovery.

Due to my imprisonment, I do not have Internet access and therefore need paper copies of the above documents.

Very truly yours,

*[signature]*

Walter A. Tormasi

**FILED**
MAR 04 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND