Erica D. Wilson (SBN 161386)
ericawilson@walterswilson.com
Eric S. Walters (SBN 151933)
eric@walterswilson.com
**WALTERS WILSON LLP**
702 Marshall St., Suite 611
Redwood City, CA 94063
Telephone: 650-248-4586

Rebecca L. Unruh (SBN 267881)
rebecca.unruh@wdc.com
Western Digital
5601 Great Oaks Parkway
San Jose, CA 95119
Telephone: 408-717-8016

*Attorneys for Defendant*
*Western Digital Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| WALTER A. TORMASI, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case Number: 4:19-CV-00772-HSG <br><br> **ORDER GRANTING DEFENDANT WESTERN DIGITAL CORPORATION'S ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-3** |

The Court having considered Defendant Western Digital Corporation's ("WDC") Administrative Motion to Change Time Pursuant to Civil L.R. 6-3, hereby GRANTS WDC's motion. The dates set forth in the current case schedule (Dkt. No. 2) are hereby VACATED, and new dates shall be calculated as follows:

| Event | Date |
|---|---|
| Last day for Rule 26(f) conference and ADR Certification | **30 days after WDC responds to the Complaint, or if WDC files a Motion to Dismiss, 30 days after the Court rules on WDC's motion** |
| Last day to file Rule 26(f) report | **Two weeks after the last day for the Rule 26(f) conference and ADR Certification** |
| Initial Case Management Conference | **At the Court's convenience after the parties file the Rule 26(f) report** |

**IT IS SO ORDERED.**

Dated: <u>April 1, 2019</u>

HAYWOOD S. GILLIAM, JR.
United States District Judge