UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER A. TORMASI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN DIGITAL CORP.,<br><br>　　　　　Defendant. | Case No. 19-cv-00772-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINE**<br><br>Re: Dkt. No. 20 |

Plaintiff Walter A. Tormasi, incarcerated in the New Jersey State Prison and proceeding pro se, brought this patent infringement suit against Defendant Western Digital Corporation. Dkt. No. 1. Defendant moved to dismiss on April 25, 2019. Dkt. No. 19. On May 3, 2019, Plaintiff requested additional time to file an opposition. Dkt. No. 20. The request was filed on May 13, 2019 when it reached the Court. *Id.*

The Court **GRANTS** Plaintiff's administrative motion for an extension of time for which to file his opposition. The Court **SETS** June 6, 2019 as the deadline for Plaintiff to file an opposition, and June 13, 2019 as the deadline for Defendant to file a reply. The hearing date of August 22, 2019 remains unchanged.

**IT IS SO ORDERED.**

Dated: 5/16/2019

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge